# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| WILLIAM ORR, CHARLES ORR, CHARLES ORR, on behalf of Ina Orr (his unborn daughter due mid June), and YVONNE HEGNEY, individually and on behalf of Roan Mountain, her threatened and endangered species, | ) ) ) ) ) ) ) | JUDGMENT IN CASE |
| Plaintiffs, | ) ) | 1:17-cv-00141-MR-DLH |
| vs. | ) ) | |
| U.S. EPA, U.S. FOREST SERVICE, U.S. FISH AND WILDLIFE SERVICE, FRENCH BROAD ELECTRIC MEMBERSHIP CORPORATION, and JEFF LOVEN, personally and as General Manager, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 5, 2017 Memorandum of Decision and Order.

June 5, 2017

Frank G. Johns, Clerk
United States District Court